

# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2018

No. 04-17-00731-CV

**IN RE** Sam **LAJZEROWICZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
Karen Angelini, Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

On March 20, 2018, relator filed a Motion for En Banc Reconsideration of Denial of Reconsideration (Rehearing) of Supplemented Petition for Writ of Mandamus. After considering the motion, relator's motion is hereby DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2015-CI-20292, styled *Sam Lajzerowicz v. Estelita O'Campo Lajzerowicz*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Stephani A. Walsh presiding.